UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 17101
  MARK MILLS
  FREDA MILLS                           CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
  SSN XXX-XX-3014    SSN XXX-XX-6903
```

-------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/20/07 .

     2.  The case was dismissed without confirmation, 01/11/2008.

     3.  The Debtor paid a total of $   2167.28 .

     4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GREAT AMERICAN FINANCE C | SECURED | .00 | .00 | 40.00 |
| ORANGE LAKE COUNTRY CLUB | SECURED | .00 | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 400.00 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 100.00 |
| RICKENBACKER COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE RENT A CAR | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| WM KWIAT SR | UNSECURED | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |

          Summary of disbursements:
-------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | 540.00 | .00 | .00 | .00 | 540.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 540.00 | .00 | .00 | .00 | 540.00 |

The Debtor's attorney, JOSEPH WROBEL ESQ          , was allowed $   3500.00
and was paid $    750.00  direct and $    758.55  through the plan.

The Trustee received $     72.59 .

Refunds to the Debtor totaled $    796.14 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/16/08                        /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE